IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TRENETTA MCKIERNAN,** : | |
| Plaintiff, : | |
| v. : | Case No. 2:09-cv-0476 |
| **COMMISSIONER OF SOCIAL SECURITY,**: | Judge Holschuh |
| Defendant. : | |

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 12, 2010. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors (#15) is OVERRULED. The Clerk is directed to enter judgment in favor of the defendant.

**IT IS SO ORDERED.**


Date: May 4, 2010          **/s/ John D. Holschuh**
                           John D. Holschuh, Judge
                           United States District Court